FILED

09/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0326

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TIMOTHY JOHNSON,

      Defendant and Appellant,

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 12, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 3 2021